EASTERN DIST.
March, 1840.

HUBBELL
vs.
SCATES.

*[margin note: number than three witnesses cannot be obtained, which must be made to appear.]*

## HUBBELL *vs.* SCATES.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Judgment affirmed, as for a frivolous appeal, with the maximum of damages.

The defendant is sued as endorser of a note. He denied that the plaintiff was owner, and had right to sue on the note ; and also, averred, that part of it was paid. The plaintiff had judgment on the production of the note and protest in evidence ; there being no testimony for the defence. The defendant appealed.

*Jones,* for plaintiff, prayed for affirmance of judgment and full damages.

EASTERN DIST.
March, 1840.

NORTHERN BANK
OF KENTUCKY
vs.
EDWARDS ET AL.

*M'Millen,* for appellant.

*Morphy, J.,* delivered the opinion of the court.

This is a suit on a promissory note, endorsed by defendant. Nothing has been shown, to induce us to refuse the affirmance of the judgment below, and the damages prayed for by appellee.

It is, therefore, ordered, adjudged and decreed, that the judgment appealed from, be affirmed, with costs, and ten per cent. damages.